JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DOE, a minor, by and through her Guardian ad Litem, JANE DOE; JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT; JEFFREY HUBBARD, an individual; SUSAN ASTARITA, an individual; KURT SUHR, an individual; CARI OTA, an individual; JACQUE GALITSKI, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. SACV14-00394 JVS (ANx)<br><br>*Assigned for All Purposes to:*<br>*Hon. James V. Selna – Crtrm. No. 10C*<br><br>**JUDGMENT OF DISMISSAL** |

WHEREFORE on April 21, 2014, pursuant to *Fed.R.Civ.P.* 12(b)(6), the Court entered an Order granting Defendants NEWPORT-MESA UNIFIED SCHOOL DISTRICT, JEFFREY HUBBARD, SUSAN ASTARITA, KURT SUHR,

CARI OTA, and JACQUE GALITSKI's (collectively "Defendants") Motion to Dismiss the entire First Amended Complaint, and each claim for relief asserted therein, for failure to state a claim upon which relief can be granted and dismissed the First Amended Complaint without prejudice.

WHEREFORE the Court further ordered that Plaintiffs MARY DOE, a minor, by and through her Guardian ad Litem, JANE DOE, and JANE DOE (collectively "Plaintiffs"), may file a Second Amended Complaint within 30 days of the date of the Order granting the Motion to Dismiss.  There being no Second Amended Complaint filed by Plaintiffs within the time allowed, the Court hereby orders a final disposition on the First Amended Complaint pursuant to *WMX Technologies, Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir.1997) and related authorities.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs' First Amended Complaint, and each claim for relief asserted therein, is dismissed with prejudice for failure to state a claim upon which relief can be granted under *Fed.R.Civ.P.* 12(b)(6);

2. Judgment is entered accordingly in favor of Defendants;

3. Plaintiffs shall take and recover nothing in this action from Defendants; and

**JUDGMENT OF DISMISSAL**

1      4.    As the prevailing parties, Defendants may submit motions to tax costs
2                 and motions to recover reasonable attorneys' fees.

4 DATED: May 29, 2014

                                          **HON. JAMES V. SELNA**
                                          United States District Judge

**JUDGMENT OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT OF DISMISSAL**